IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MEMORIAL HERMANN HEALTH SYSTEM | § § § | |
| VS. | § | |
| DAVID SNYDER | § § | CIVIL ACTION NO. 9:15-cv-00135 |
| VS. | § | JURY TRIAL REQUESTED |
| BASS PRO OUTDOOR WORLD, L.L.C. and AMERICAN SPORTSMAN HOLDINGS CO., formerly known as BASS PRO SHOPS, INC. | § § § § | |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1(a), Third-Party Defendants Bass Pro Outdoor World, LLC and American Sportsman Holdings Co., formerly known as Bass Pro Shops, Inc. [1] hereby disclose the following:

The name of each person, association of persons, firms, partnerships, corporations, guarantors, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

1. **Plaintiff:** Memorial Hermann Health System

2. **Counsel for Plaintiff:** Jared Cole Johnson of Sullins, Johnston, Rohrbach & Magers

3. **Defendant/Third-Party Plaintiff:** David Snyder

4. **Counsel for Defendant/Third-Party Plaintiff:** Robert E. Ammons, The

---

[1] This entity files this Certificate of Interested Parties Subject to its pending Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

  Ammons Law Firm and Bennie Rush, Law Offices of Bennie D. Rush

5. **<u>Third-Party Defendant:</u>** Bass Pro Outdoor World, L.L.C.

6. **<u>Third-Party Defendant</u>:** American Sportsman Holdings Co. *formerly known as* Bass Pro Shops, Inc.

7. **<u>Counsel for Third-Party Defendants</u>:** Bruce C. Gaible, LeClairRyan


  Respectfully submitted,

  **LECLAIRRYAN**

   /s/ Bruce C. Gaible
By:_____
  **BRUCE C. GAIBLE**
  Texas Bar No. 07567400
  1233 West Loop South, Suite 1000
  Houston, Texas 77027
  Telephone: (713) 654-1111
  Facsimile:  (713) 650-0027
  Email:  bruce.gaible@leclairryan.com

  Barry B. Sutton
  Clark Hill PLC
  Michigan Bar No. P48761
  151 South Old Woodward, Suite 200
  Birmingham, MI 48009
  Telephone:  (313) 965-8577
  Facsimile:  (313) 309-6921
  Email:  bsutton@clarkhill.com

  *ATTORNEY FOR BASS PRO OUTDOOR WORLD, L.L.C. and AMERICAN SPORTSMAN HOLDINGS CO., formerly known as BASS PRO SHOPS, INC.*

## **CERTIFICATE OF SERVICE**

   This is to certify that the above and foregoing document has been served on all counsel of record on this 31st day of August, 2015, through the Court's ECF system and by certified mail/return receipt requested.

Jared Cole Johnson
State Bar No. 24057926
Sullins, Johnston, Rohrback & Magers
2200 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027
***Attorneys for Plaintiff, Memorial Hermann Health System:***

Robert E. Ammons
State Bar No. 01159820
The Ammons Law Firm, L.L.P.
3700 Montrose Boulevard
Houston, TX 77006
***Attorneys for Defendant/Third-Party Plaintiff David Snyder***:

Bennie D. Rush
State Bar No. 17400425
Law Offices of Bennie D. Rush
1300 11th Street
Huntsville, Texas 77340-3857
***Attorneys for Defendant/Third-Party Plaintiff David Snyder***:

                  /s/ Bruce C. Gaible
                  _____
                  **Bruce C. Gaible**