**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| MEMORIAL HERMANN HEALTH SYSTEM § § § | |
| vs. § § | CIVIL ACTION NO. 9:15-cv-135 |
| DAVID SNYDER § § | |
| vs. § § | |
| BASS PRO OUTDOOR WORLD, L.L.C. and AMERICAN SPORTSMAN HOLDINGS CO., f/k/a BASS PRO SHOPS, INC. § § § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This case was referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 15), which recommends that the court grant Defendant American Sportsman Holdings Co., formerly known as Bass Pro Shops, Inc.'s ("American Sportsman") Motion to Dismiss for Lack of Personal Jurisdiction. No objections were filed to the magistrate judge's report and recommendation, and the time for objecting has passed.

Therefore, American Sportsman's motion to dismiss is **GRANTED**. American Sportsman is dismissed from the above-numbered and styled civil action.

So **ORDERED** and **SIGNED** this **27** day of **September, 2016.**

_____
Ron Clark, United States District Judge