UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID SNYDER | § | |
| | § | CIVIL ACTION  NO. 9:15-cv-00135-RC-ZJH |
| VS. | § | Honorable Ron Clark |
| | § | |
| BASS PRO OUTDOOR WORLD, L.L.C., | § | |
| formerly known as | § | |
| BASS PRO SHOPS, INC. | § | |
| | § | |

## **DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1 (Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BASS PRO OUTDOOR WORLD, L.L.C.

1.      Is the party a non-governmental corporate party?

No, the Defendant is a non-governmental limited liability company.

2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation.

Although not a corporation, Defendant Bass Pro Outdoor World, LLC is a single-member limited liability company organized under the laws of the State of Missouri.

3.      If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The sole member of BPOW is Bass Pro, LLC. Bass Pro, LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Bass Pro LLC is Bass Pro Group, LLC. Bass Pro Group, LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Bass Pro Group, LLC is American Sportsman Holdings Company.  ASHC is a corporation organized and with its principle place of business in Missouri.

**The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.**

Respectfully submitted,

/s/Barry B. Sutton
Barry B. Sutton, *admitted pro hac vice*
Michigan Bar No. P48761
Stephanie M. Anderson, *admitted pro hac vice*
Clark Hill PLC
151 South Old Woodward, Suite 200
Birmingham, MI 48009
(313) 965-8577
bsutton@clarkhill.com
sanderson@clarkhill.com

Bruce C. Gaible
Texas Bar No. 07567400
*LeClair Ryan*
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Bruce.Gaible@leclairryan.com

*ATTORNEY FOR DEFENDANTS*
*BASS PRO OUTDOOR WORLD, L.L.C.*

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2016, the above and foregoing document has been served on all counsel of record through the Court's ECF system.

Robert E. Ammons
State Bar No. 01159820
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, Texas 77006
*Attorneys for Plaintiff David Snyder*

/s/Barry B. Sutton
Barry B. Sutton