

**GEORGE M. SAUNDERS, Jr., P.E., C.F.E.I.**
**Mechanical Engineer**
P.O. Box 919, Severna Park, MD  21146
(410) 376-7525 Office          (410) 507-4533 Mobile
(410) 376-7527 Fax          gsaunders@forensic-eng.com

*Academic Background*
 M.E.M.E., Mechanical Engineering, University of Maryland, 2001
 B.S.M.E., Mechanical Engineering, University of Maryland, 1995
 B.S., Physics, Frostburg State University, 1994

*Registrations and Qualifications*
 Registered Professional Engineer, State of Maryland (29241), Commonwealth of Pennsylvania (PE070469), State of New Jersey (24GE04665500), Commonwealth of Virginia (0402-042997), State of Delaware (14969), State of Arkansas (14441).
 Certified Fire and Explosion Investigator, Registration No. 8599-3590
 Certified Training Instructor, Aerial Work Platforms and Rough-Terrain Forklifts, No. 26746
 Private Pilot, FAA Certification No. 3549524, Instrument Rated

*Professional Work History*
 *Senior Mechanical Engineer,* Beacon Scientific, 2012 - Present
 *Senior Mechanical Engineer, Consultant,* CED Investigative Technologies Inc., 2012- 2014
 *Senior Mechanical Engineer,* CED Investigative Technologies Inc., 2002 - 2012
 *Senior Helicopter Drive Systems Engineer,* Naval Air Systems Command 1998-2002
 *Junior Mechanical Engineer,* Naval Air Systems Command 1995 - 1998
 *Junior Mechanical Engineer, (Co-op)* Naval Air Warfare Center - Aircraft Division 1990 - 1995

*Professional Societies and Honors*
 American Society of Mechanical Engineers          American Society of Safety Engineers
 Society of Automotive Engineers International          National Assoc. of Fire Investigators
 National Fire Protection Association          ASTM International

*Areas of Expertise*
 Mechanical Engineering          Aerial Work Platforms
 Fork Lifts          Heavy Equipment
 Machine Analysis, Interlocks and Guarding          Consumer Products and Appliances
 Mechanical Power Transmission          Mechanical Systems Design and Analysis
 Accident Reconstruction          Natural and Propane Gas Systems
 Fire Origin & Cause Determination          Explosion Investigation
 Treestand Accident Reconstruction and Engineering

*Continuing Education Seminars*
 ASME FMECA (1997)•Gear Design (1996, 1998)•Rolling Element Bearing Design (1996)•Rotary Wing Technology (2000)•Turbine Engines (1994, 1996)•Investigation of Vehicle Fires Seminar (2002)•National Seminar on Fire Analysis Litigation (2002)•National Fire, Arson and Explosion Investigation Training Program (2002, 2012)•Computer Fire Modeling (2002)•Investigation of Gas and Electric Appliance Fires (2004) • Train the Trainer-Aerial Work Platforms (2006, 2013) • Train the Trainer Rough Terrain Forklifts (2006, 2013), Certified Lift Truck Operator (2014), Solid Fuel-Burning Appliances (2014)