**LORNE "L. J." SMITH, JR.**
Post Office Box 18398
Fairfield, Ohio 45018
601-927-7817 (Cell)
lsmithinvest@aol.com (Email)

---

## CAREER HIGHLIGHTS:

**Smith Investigation & Support Services, LLC (Owner)**                                          2001- Present
    Private investigation, records checks, accident investigations (statements, accident scene reconstruction), workers' compensation investigation, process, hunting accident reconstruction, investigation, and consultation.

**Self-Employed: Hunter Education, Training**                                                    1985 - Present
    **and Consulting**
    Hunter Education training as a volunteer with the Mississippi Hunter Education Program, the National Bowhunter Education Program, and the National Muzzleloading Rifle Program, and various programs with the N.R.A. Working as an investigator, reconstructionist and expert witness on hunting, treestand and firearms related cases (through work with insurance companies, attorneys and district attorneys as needed). Writing and production of videos and treestand safety courses to be used in training instructors and students in treestand safety. Consulting with manufacturers regarding the safety of their products.

**HUB Enterprises, Inc.**
**Lafayette, Louisiana**                                                                 October 1997 - December 2000
    Investigator relating to accident investigation including interviews of claimant, witnesses, accident scene reconstruction, etc., workers' compensation disputed claims, surveillance, records checks and other related investigations. Clients are mainly insurance companies. Licensed to investigate in several other states.
    Reason for Leaving:   To start own investigation and consulting corporation.

**Highlander Archery Company**                                                                     To May, 1997
**Huntsville, Alabama**
    Position:        Products Safety Coordinator/Sales Representative
    Responsibilities:      Test and maintain records for the Hide-Um-Hunter line of products purchased through the bankruptcy of Brell Mar Products. Sales district to include Mississippi, Louisiana, Arkansas and major distribution companies. Test products to ensure safety and quality standards, both on current lines and future items to be designed and manufactured by company.
    Reason for Leaving:   Due to financial situation, company narrowed line to products which do not need overseeing from safety aspect. Have worked on a contract basis on special occasions for company.

**Brell Mar Products, Inc. [COMPANY CLOSED DUE TO BANKRUPTCY]**                                    May, 1996
**Brookhaven, Mississippi**
    Position: Products Safety Coordinator
    Responsibilities: Test and maintain records of testing of all products manufactured by Brell Mar Products to ensure quality control of all products that are sent to consumers. Handle complaints from consumers concerning quality control or workmanship. Assist in making sure plant complies with OSHA regulations. Test products for safety and make changes where necessary to enhance safety features and design packaging to make consumer aware of the safe use of such product. Investigate all accidents, including initial investigation concerning facts of accident, interview of witnesses, visual inspection of product, if necessary, and work with insurance carrier and legal counsel in the defense of such claim. Work with groups or organizations, writers, outdoor video personalities, or others about safety of hunting products. Make speeches to groups on safety. Investigate all worker's compensation claims and

LORNE "L. J." SMITH, JR.
Page .....2.....

file reports with our insurance carrier re same. Review all terminations for unemployment benefits and work with County and State Unemployment Offices in reference to any claims filed.

**Argenbright Security Company, Inc.** 1994-1995
Jackson, Mississippi
   Position: Mississippi Account Manager
   Responsibilities: Manager of the Mississippi operations for the security company. I hire, manage and supervise all security officers and properties guarded by the company. I weapon train each guard using the National Rifle Association's Law Enforcement Officer's Firearms Training Course. I also train all guards in the Basic Security Officer's Training Course offered by Argenbright.
   Reason for Leaving:   Opportunity to go to work with company as safety consultant.

**Casino America - Isle of Capri**
Vicksburg, Mississippi 1993-1994
   Position:   Security Supervisor
   Responsibilities:   Supervisor in charge of a shift of 23 security guards that provide security for the operations of a multi-million dollar casino operation. The casino employs over 1,000 personnel and has over 40,000 patrons per week. My shifts included the 3:00 to 11:00 p.m. shift which had major crowd control duties, and the 11:00 p.m. to 7:00 a.m. shift which involved table and slot drops.
   Reason for Leaving:   Better daytime hours and more responsibility.

**Mississippi Department of Wildlife, Fisheries and Parks**
Jackson, Mississippi 1973-1993 (Retired)
   Position:   Hunter Safety Administrator 1983-Retirement
   Responsibilities: Head the Hunter Education Department for the State of Mississippi and a staff of ten full-time employees and over 1,300 volunteer instructors which train an average of 18,000 students and adults each year in hunter education. Oversee an estimated $500,000 budget per year.

   Position:   Property Officer 1981-1983
   Responsibilities: Managed day-to-day inventory control of the State owned property of 496 employees of the Department of Wildlife Conservation.

   Position:   Conservation Officer, Adams County 1979-1981
   Responsibilities: Law enforcement of hunting and fishing laws of the State of Mississippi and federal government, investigation of hunting and boating accidents, testifying in court relating to accident investigation and the issuance of warrants, and teaching Hunter Education in schools and to various groups.

**Mississippi Boat and Water Safety Commission**
Jackson, Mississippi 1973-1979
   Position:   Water Patrol Officer
   Responsibilities: Patrol nine counties in Southwest Mississippi as a Water Safety Patrol Officer and taught Water Safety Education courses.
   Note:   Commission merged with Mississippi Department of Wildlife, Fisheries and Parks.

**Mississippi State Senate**
Jackson, Mississippi 1973-1974
   Position: Assistant Sergeant-at-Arms
   Responsibilities: Provided protection for Senate during the Legislative Session.

LORNE "L. J." SMITH, JR.
Page .....3.....

## PROFESSIONAL EDUCATION:

| | |
|---|---|
| 1972 | Mississippi Law Enforcement Officers Training Academy<br>Security School |
| 1973 | Mississippi Law Enforcement Officers Training Academy<br>Basic Officers' School |
| 1973 | National Boating Safety School (Yorktown, Virginia) |
| 1974 | Master Boat Pilot School (Memphis, Tennessee) |
| 1977 | Radiological Defense School (Civil Defense) |
| 1982 | United States Coast Guard Federal Standards/Accident Investigation |
| 1984 | NRA Police Firearms Instructors' School |
| 1986 | Mississippi Hunter Education Instructors' Academy |
| 1987 | NRA/NAAHSC Professional Hunter Education Academy |
| 1989 | International Bowhunter Education Instructor |
| 1991 | Mississippi Hunting Accident Investigation School |
| 1992 | NRA Turkey Hunter Clinic Instructor |
| 1992 | NRA Standards in Live Firing |
| 1993 | NRA Personal Protection Course |
| 1994 | Zenger Miller "Frontline Leadership" Course |
| 1995 | Mississippi Manufacturing Ass'n OSHA Written Programs (12-Hour Course) |
| 1996 | OSHA Course 510 (30-Hour Certificate) |
| 1997: | Surveillance and Accident Investigation |
| 2000: | Private Investigations Update 2000 |
| 2006: | Certified Master Treestand Safety Instructor by International Bowhunter Education Program |

## EDUCATION:

University of Southern Mississippi
Hattiesburg, Mississippi
    1981 -- B.S., Criminal Justice

Copiah-Lincoln Junior College
Wesson, Mississippi
    1979 -- A.A., Police Science (With Honors)

## QUALIFICATIONS:

Writing the script, directing the production, editing and narration of a 20 minute treestand safety video. This video was presented to the International Hunter Education Association's May 1997 conference. Most states are now using this video to teach treestand safety in their Hunter Education classes. Over 40,000 copies were sent to Hunter Education Instructors.

Wrote and developed a seven hour treestand safety course for Hunter Education Instructors. This course includes written material, slide presentation and video. I will instruct these classes around the different states.

Over 25 years of experience involving hunter education and safety, boat and water safety and investigations relating to each.

One of nine hunter education coordinators chosen in 1986 to develop the Hunter Education Manual presently in use by 44 states.

Guest lecturer for various civic groups, Law Enforcement Officer's Training Academy (hunter education and hunting accident investigation), Mississippi College's school of outdoor recreation, Mississippi State University's whitetail deer short course and on various panels discussing hunter education, hunter ethics and responsibility, wildlife management and safety.

Member of various committees relating to hunter education, hunter, gun and product safety, preparation of uniform accident report to aid in the trial and/or defense of hunting accidents which is being coordinated with legal counsel for various interested parties.

Appeared on one national talk show and several local interview programs dealing with hunter education and safety.

Wrote and established the "Operations and Procedures Manual" for use by the 1,300 volunteer instructors of the Hunter Education Program in the State of Mississippi.

Performed research and wrote paper concerning "Solid Orange vs. Camo Orange" in 1987 which was a study that determined that solid hunter orange was more visible in low light conditions that camo orange. Paper presented to 1987 Hunter Education Conference for the Hunter Education Association. This resulted in the recommendation nationally for the use and endorsement of solid orange material for hunters.

Represented North America at the Scandinavian Hunters Conference in Salvalina, Finland in June, 1988.

Assisted Outdoorsman Audio, Inc. in producing four 90-minute audio tapes to be used in advance hunter education. These tapes were distributed by Gander Mountain.

Assisted Quest Production Company with a video turkey hunt in Texas. This production involving turkey hunting safety entitled "Safe Turkeys" was released for national sale in March, 1992.

I have been declared an expert witness in hunting accident investigation cases in both Federal and State courts. This expertise includes hunting accidents, hunting accident reconstruction, tree stand accidents and general gun safety. I have worked as an expert witness in cases in Mississippi, Florida, Ohio, California, New York, New Jersey, Indiana, Kentucky, Maryland, Alabama, Pennsylvania, Virginia, North Carolina, Tennessee, South Carolina, Arkansas, Michigan, Louisiana, Maine, South Dakota, Minnesota, Oklahoma, Wisconsin, Texas, Missouri, West Virginia, Illinois, Georgia, Montana and Arizona.

Helped write and design the Hunting Accident Report form now being used by the Hunter Education Association all across North America.

Carried the mandatory Hunter Education Law to the 1985 Mississippi Legislature and secured its passage. This law requires everyone born on or after January 1, 1972, to complete a Hunter Education course prior to purchasing a hunting license.

Carried the Hunting Accident Investigation Law to the 1989 Mississippi Legislature and secured its passage. This law gives the Hunter Education staff the authority to investigate hunting accidents.

Developed and taught Hunting Accident Investigation course to Mississippi Conservation Officers in 1990-93 and taught same course to South Carolina Department of Natural Resources officers in 1997, 2000, 2005 , 2007 and 2012. Added Treestand Accident Investigation and Reconstruction to course in 2007. I have taught this course to over 350 Wildlife officers in Alabama (3 times), Illinois, South Carolina

( 4 times) Indiana, New Hampshire, Louisiana ( 2 times), West Virginia, Kansas, Georgia, Maryland, and at the International Hunter Education Hunting Incident Academy in Iowa.

Developed and taught 8-hour Tree stand Safety Course for Hunter Education Instructors. Course taught in Mississippi and Arkansas to Certified Instructors in 1997 and 1999.

Carried the Hunter Harassment Law to the Mississippi Legislature and secured its passage. This law protects hunters from being harassed while in the legal pursuit of game.

Mississippi's Hunter Education Program ranked 38th in the Nation in 1983. In 1985, we became a Top Ten program. In 1986, we were 1st in North America. We remained as one of the Top Ten programs from 1987 through 1993. These programs are rated by the National Rifle Association.

As Quality Assurance Supervisor with Brell Mar Products, wrote instructions and procedures with warning labels for newly designed products for the company.

IBEP/TMA certified treestand safety instructor trainer; assisted in writing the curriculum and in training the instructors for a course to teach instructors how to teach treestand safety in courses held throughout the United States and Canada. Over the past five years, I have taught this course intwenty states to over 2,500 volunteer instructors and wildlife agency employees.

Worked with Hunter Exam in writing and producing a treestand safety course and DVD in 2006.

Voting member of ASTM F-08-16 Committee which covers Tree stands.

**AFFILIATIONS:**
    Hunter Education Association (United States, Canada, Mexico)
        Past President -- 1991-1993 (Executive Board Member)
        President -- 1989-1991 (Executive Board Member)
        President Elect -- 1988-1989 (Executive Board Member)
        Vice-President, Eastern United States -- 1987-1988
          (Executive Board Member)
        Chairman, Hunter Education Academy Committee -- 1986-1989
        Chairman, Research and Evaluation Committee -- 1985-1986
    National Rifle Association -- 1982-Present
    International Bowhunter Education Program -- 1986-Present
    Mississippi Wildlife Federation -- 1983-Present (Life Member)
    National Wild Turkey Federation -- 1986-Present
        Member of the "National Wild Turkey Safety Task Force Team"
          1991-Present
    International Association of Fish and Wildlife Agencies
        Member of Education Committee -- 1990-1993
        Member of Hunter Education Sub-Committee on
          National Awards -- 1990-1993
        Hunter Education Council -- 1989-1993
    Mississippi Chapter of Ducks Unlimited
    Mid-South Workers' Compensation Association
    National Association of Investigative Services

**LORNE "L. J." SMITH, JR.**
Page .....6.....

---

**MILITARY:**
    United States Marine Corps -- 1969-1972
        Radio Communications Operator
        Honorably Discharged, E-4 Corporal
    Mississippi Army National Guard -- 1979-1982
        Military Police Investigator
        Honorably Discharged, E-5 Sergeant

**AWARDS:**

| Year | Award |
|---|---|
| 1980 | District 5 Conservation Officer of the Year |
| 1986 | National Rifle Association for having the Number One ranked Hunter Education Program in North America |
| 1988 | North American Association of Hunter Safety Coordinators -- Past President's Award for work with the Hunter Education Academy |
| 1991 | Mississippi Wildlife Federation -- Special Merit Award for "Outstanding efforts in shaping the future of hunting through education in Mississippi and the Nation" |
| 1992 | Elected to the North American Hunter Education "Hall of Fame" |
| 2014 | Elected to the Treestand Manufacturers Association "Hall of Fame" |

(Rev. 08/2014)