# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **DAVID SNYDER** § | |
| § | **CIVIL ACTION NO. 9:15-cv-135** |
| **v.** § | |
| § | |
| **BASS PRO OUTDOOR WORLD, L.L.C.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. (Doc. No. 14). On August 3, 2017, Judge Hawthorn entered a report (Doc. No. 80) recommending the court deny Plaintiff David Snyder's "Motion for Leave to File Third Amended Complaint." (Doc. No. 72). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 80) is **ADOPTED**, and the Plaintiff's "Motion for Leave to File Third Amended Complaint" (Doc. No. 72) is **DENIED**.

**So Ordered and Signed**
**Aug 18, 2017**

_____
Ron Clark, United States District Judge